# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CSX TRANSPORTATION, INC.** <br> Plaintiff, <br> v. <br> **B&J GROUP, INC.** <br> Defendant. | **CIVIL ACTION NO. 17-5296** |

## ORDER

**AND NOW**, this 31st day of May 2019, upon consideration of the cross-motions for summary judgment and the responses and replies thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion for Summary Judgment filed by B&J Group, Inc. [Doc. No. 37] is **DENIED** and the Motion for Summary Judgment filed by CSX Transportation, Inc. [Doc. No. 41] is **GRANTED**. Plaintiff shall file a proposed judgment order no later than **June 7, 2019**, to which Defendant shall file any objections no later than **June 14, 2019**.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  _____

                                                  **CYNTHIA M. RUFE, J.**